UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA AURIEMMA, et al., ) | Case No. 2:15-cv-00678-APG-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| vs. ) | |
| STATE FARM MUTUAL AUTOMOBILE ) INSURANCE COMPANY, ) | |
| ) | (Docket Nos. 15-20) |
| Defendant(s). ) | |

    Pending before the Court is the filing of various discovery responses by Plaintiffs. Docket Nos. 15-20. Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in this case. Because the above documents were filed in violation of Local Rule 26-8, they shall be **STRICKEN** by the Clerk.

    The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket as required by Local Rule 26-8. Failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; F.R.C.P. 16(f).

    IT IS SO ORDERED.

    DATED: July 27, 2015

                                                  NANCY J. KOPPE
                                                United States Magistrate Judge