1  RILEY A. CLAYTON
   Nevada Bar No. 005260
2  rclayton@lawhjc.com
   TAYLOR G. SELIM
3  Nevada Bar No. 012091
   tselim@lawhjc.com
4

   **HALL JAFFE & CLAYTON, LLP**
5  7425 PEAK DRIVE
   LAS VEGAS, NEVADA 89128
6  (702) 316-4111
   FAX (702)316-4114
7
   Attorneys for Defendant,
8  State Farm Mutual Automobile Insurance Company

9
                    UNITED STATES DISTRICT COURT
10
                         DISTRICT OF NEVADA
11

12 | JESSICA AURIEMMA, an individual; and
   | CHARLETTE AURIEMMA, an individual,    CASE NO.: 2:15-cv-00678-APG-NJK
13 |
   |              Plaintiffs,
14 |
   | vs.                                    **STIPULATION AND ORDER FOR
15 |                                         DISMISSAL OF PLAINTIFF'S EXTRA-
   | STATE FARM MUTUAL AUTOMOBILE           CONTRACTUAL/ BAD FAITH CLAIMS
16 | INSURANCE COMPANY, a foreign           WITH PREJUDICE**
   | corporation; DOES I through X; and ROE
17 | CORPORATIONS I through X, inclusive,
   |
18 |             Defendants.

19

20      Plaintiffs, Jessica Auriemma and Charlette Auriemma ("Plaintiffs"), and Defendant State Farm

21 Mutual Automobile Company ("Defendant") (Plaintiff and Defendant shall be referred to collectively as the

22 "Parties"), submit the following Stipulation and Order and agree that all of Plaintiff's extra-contractual

23 claims, e.g., breach of the implied covenant of good faith and fair dealing, breach of NRS 686A.310, unjust

24 enrichment, consequential and/or punitive damages, and any other such claims and damages are hereby

25 dismissed with prejudice.

26 / / /

27 / / /

28 / / /

This stipulation and order for dismissal applies ONLY to Plaintiffs' extra-contractual claims, and does not affect Plaintiffs' complaint as it relates to their pending claim to pursue the contract benefits potentially available under the subject UIM policy.

DATED this 7th day of October, 2015.

AQUINO LAW GROUP

By ___/s/ Aaron Aquino___
Aaron Aquino, Esq.
Nevada Bar No. 011772
5150 W. Spring Mountain Rd. Suite 12
Las Vegas, NV 89146
*Attorney for Plaintiffs*

DATED this 7th day of October, 2015.

HALL JAFFE & CLAYTON, LLP

By ___/s/ Riley A. Clayton___
Riley A. Clayton, Esq.
Nevada Bar No. 005260
Taylor G. Selim
Nevada Bar No. 012091
7425 Peak Drive
Las Vegas, NV 89128
*Attorney for Defendant*

**O R D E R**

IT IS SO ORDERED.

Dated: October 8, 2015.

_____
UNITED STATES DISTRICT JUDGE

2